AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Harvard Immigration and Refugee Clinical Program | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-12030 |
| U.S. Dep't of Homeland Security et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harvard Immigration and Refugee Clinical Program.

Date:    01/07/2022

/s/ David Bitkower
*Attorney's signature*

David Bitkower  (PHV)
*Printed name and bar number*
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

*Address*

dbitkower@jenner.com
*E-mail address*

(202) 639-6048
*Telephone number*

*FAX number*